1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA WESTFALL, individually and on behalf of other individuals similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDEX GROUND PACKAGE SYSTEM, CORPORATION, A DELAWARE COMPANY AND DOES 1-100, INCLUSIVE,<br><br>    Defendants. | Case No. 2:21-cv-00116-JAM-KJN<br><br>**ORDER GRANTING THE PARTIES' THIRD JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC. TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:  June 3, 2020<br>FAC Filed:           November 19, 2020<br>District Judge:    Hon. John A. Mendez<br>                          Courtroom 14, Sacramento<br>Magistrate Judge: Hon. Kendall J. Newman<br>                          Courtroom 8, Sacramento |

Case No. 2:21-cv-00116-JAM-KJN
ORDER GRANTING THE PARTIES' THIRD JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO  RESPOND TO FIRST AMENDED COMPLAINT

21cv0116.o.031521

Having considered the joint stipulation of plaintiff Sandra Westfall ("Plaintiff") and defendant FedEx Ground Package System, Inc. (erroneously sued as "FedEx Ground Package System, Corporation") ("Defendant") (collectively referred to as "the Parties"), and for good cause shown, the Court orders as follows:

1. Defendant's deadline to file a response to Plaintiff's First Amended Complaint is extended from March 18, 2021 to April 15, 2021.

**IT IS SO ORDERED.**

DATED: March 15, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

21cv0116.o.031521

1  Case No. 2:21-cv-00116-JAM-KJN
ORDER GRANTING THE PARTIES' THIRD JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT