**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA WESTFALL, individually and on behalf of other individuals similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>FEDEX GROUND PACKAGE SYSTEM, CORPORATION, A DELAWARE COMPANY AND DOES 1-100, INCLUSIVE,<br><br>            Defendants. | Case No. 2:21-cv-00116-JAM-KJN<br><br>**ORDER GRANTING THE PARTIES' FOURTH JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC. TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: June 3, 2020<br>FAC Filed: November 19, 2020<br>District Judge: Hon. John A. Mendez<br>                  Courtroom 14, Sacramento<br>Magistrate Judge: Hon. Kendall J. Newman<br>                  Courtroom 8, Sacramento |

Case No. 2:21-cv-00116-JAM-KJN
ORDER GRANTING THE PARTIES' FOURTH JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT

21cv0116.o.041221

1  Having considered the joint stipulation of plaintiff Sandra Westfall ("Plaintiff") and
2 defendant FedEx Ground Package System, Inc. (erroneously sued as "FedEx Ground Package
3 System, Corporation") ("Defendant") (collectively referred to as "the Parties"), and for good cause
4 shown, the Court orders as follows:
5  1.  Defendant's deadline to file a response to Plaintiff's First Amended Complaint is
6 extended from April 15, 2021 to May 13, 2021.
7  **IT IS SO ORDERED.**

Dated:  April 12, 2021        /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE