1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

10

## EASTERN DISTRICT OF CALIFORNIA

11

12  SANDRA WESTFALL, individually and on behalf of other individuals similarly situated,

Case No. 2:21-cv-00116-JAM-KJN

13

14              Plaintiff,

**ORDER GRANTING THE PARTIES' FIFTH JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC. TO RESPOND TO FIRST AMENDED COMPLAINT**

15      v.

16  FEDEX GROUND PACKAGE SYSTEM, CORPORATION, A DELAWARE COMPANY AND DOES 1-100, INCLUSIVE,

17
18              Defendants.

Complaint Filed:  June 3, 2020
FAC Filed:        November 19, 2020
District Judge:   Hon. John A. Mendez
                  Courtroom 14, Sacramento
Magistrate Judge: Hon. Kendall J. Newman
                  Courtroom 8, Sacramento

19
20
21
22
23
24
25
26
27
28

Having considered the joint stipulation of plaintiff Sandra Westfall ("Plaintiff") and defendant FedEx Ground Package System, Inc. (erroneously sued as "FedEx Ground Package System, Corporation") ("Defendant") (collectively referred to as "the Parties"), and for good cause shown, the Court orders as follows:

1.     Defendant's deadline to file a response to Plaintiff's First Amended Complaint is **EXTENDED** from May 13, 2021 to **June 10, 2021**.

**IT IS SO ORDERED.**

Dated:  May 11, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING THE PARTIES' FIFTH JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO FIRST AMENDED COMPLAINT