# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA WESTFALL, individually and on behalf of other individuals similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDEX GROUND PACKAGE SYSTEM, CORPORATION, A DELAWARE COMPANY AND DOES 1-100, INCLUSIVE,<br><br>  Defendants. | Case No. 2:21-cv-00116-JAM-KJN<br><br>**ORDER GRANTING THE PARTIES' SIXTH JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC. TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: June 3, 2020<br>FAC Filed: November 19, 2020<br>District Judge: Hon. John A. Mendez<br>  Courtroom 14, Sacramento<br>Magistrate Judge: Hon. Kendall J. Newman<br>  Courtroom 8, Sacramento |

Case No. 2:21-cv-00116-JAM-KJN
ORDER GRANTING THE PARTIES' SIXTH JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT

21cv0116.o.060921

Having considered the joint stipulation of plaintiff Sandra Westfall ("Plaintiff") and defendant FedEx Ground Package System, Inc. (erroneously sued as "FedEx Ground Package System, Corporation") ("Defendant") (collectively referred to as "the Parties"), and for good cause shown, the Court orders as follows:

1. Defendant's deadline to file a response to Plaintiff's First Amended Complaint is extended from June 10, 2021 to July 8, 2021.

**IT IS SO ORDERED.**

DATED: June 9, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE