# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SANDRA WESTFALL, individually and on behalf of other individuals similarly situated,

        Plaintiff,

    v.

FEDEX GROUND PACKAGE SYSTEM, CORPORATION, A DELAWARE COMPANY AND DOES 1-100, INCLUSIVE,

        Defendants.

Case No. 2:21-cv-00116-JAM-KJN

**ORDER GRANTING THE PARTIES' SEVENTH JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC. TO RESPOND TO FIRST AMENDED COMPLAINT**

Complaint Filed: June 3, 2020
FAC Filed:     November 19, 2020
District Judge:   Hon. John A. Mendez
                Courtroom 14, Sacramento
Magistrate Judge: Hon. Kendall J. Newman
                Courtroom 8, Sacramento

Case No. 2:21-cv-00116-JAM-KJN
ORDER GRANTING THE PARTIES' SEVENTH JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT

21cv0116.o.070721

Having considered the joint stipulation of plaintiff Sandra Westfall ("Plaintiff") and defendant FedEx Ground Package System, Inc. (erroneously sued as "FedEx Ground Package System, Corporation") ("Defendant") (collectively referred to as "the Parties"), and for good cause shown, the Court orders as follows:

1.     Defendant's deadline to file a response to Plaintiff's Sixth Amended Complaint is extended from July 8, 2021 to August 19, 2021.

**IT IS SO ORDERED.**

DATED:  July 7, 2021                        /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE

1                                          Case No. 2:21-cv-00116-JAM-KJN

ORDER GRANTING THE PARTIES' SEVENTH JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO FIRST AMENDED COMPLAINT

21cv0116.o.070721